UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON VALLEY HOMES, LLC, | Case No.: 12-CV-00533-LHK |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING CASE |
| v. | |
| DEANNA LIEU, et al., | |
| Defendants. | |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation to summarily remand this case to Santa Clara County Superior Court for lack of federal jurisdiction. The time for objections has passed, and Defendants have filed none. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds the Report correct, well-reasoned, and thorough, and accordingly ADOPTS it in its entirety. This case is hereby remanded to Santa Clara County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 22, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00533-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING